IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-98-89-2 |
| | § § § § | |
| DIEGO FERNANDO CALERO | § | |

**O R D E R**

Defendant Diego Calero filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 323). The motion for continuance is GRANTED. The sentencing is reset to **February 4, 2009, at 9:00 a.m.**

SIGNED on November 6, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge